1

2

3

4                             UNITED STATES DISTRICT COURT

5                            NORTHERN DISTRICT OF CALIFORNIA

6

7   ELIAS KHENAISSER,                          No. C 08-01615 (JCS)

8              Plaintiff(s),
                                               CLERK'S NOTICE
9        v.

10  SAFWAY SERVICES INC., ET AL.,

11             Defendant(s).
    _____/
12

13  TO ALL PARTIES AND COUNSEL OF RECORD:

14

15        YOU ARE NOTIFIED THAT the Initial Case Management Conference before Magistrate

16  Judge Spero previously noticed for July 11, 2008, at 1:30 p.m., has been reset to **July 25, 2008, at**

17  **1:30 p.m.,** Courtroom A, 15th Floor, 450 Golden Gate Avenue, San Francisco, California.  The joint

18  case management conference statement shall be due by **July 18, 2008**.  Any party requesting a

19  continuance shall submit a stipulation and proposed order.

20

21  Dated:  April 1, 2008

22                                             FOR THE COURT,
                                               Richard W. Wieking, Clerk
23

24                                             by: _____
                                                    Karen L. Hom
25                                                  Courtroom Deputy

26

27

28

**United States District Court**
For the Northern District of California