**United States District Court**

For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIAS KHENAISSER, | No. C 08-01615 JCS |
| Plaintiff(s), | **CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |
| v. | Department: Courtroom A, 15th Floor |
| SAFWAY SERVICES INC., ET AL., | Judge: Magistrate Judge, Joseph C. Speron |
| Defendant(s). | |
| _____/ | |

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party in the above-captioned civil matter hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit

Dated: _____April 17, 2008_____

/s/ **Susan E. Foe**
_____
Signature

Counsel for _Thyssenkrupp Safway, Inc._
_____
(Name or party or indicate "pro se")