Todd L. Peterson (State Bar No. 142438)
DRYDEN, MARGOLES, SCHIMANECK & WERTZ
A Law Corporation
505 Sansome Street, Sixth Floor
San Francisco, California 94111
Telephone: (415) 362-6715
Facsimile: (415) 362-0638

Attorneys for Defendant
THYSSENKRUPP SAFWAY, INC.
(named herein as SAFWAY SERVICES, INC.,
THYSSENKRUPP SAFWAY, INC.)

**IN THE UNITED STATE DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**(Oakland Division)**

| | | |
|---|---|---|
| ELIAS KHENAISSER,<br><br>Plaintiff,<br><br>v.<br><br>SAFWAY SERVICES INC., THYSSENKRUPP SAFWAY , INC., and DOES 1-15, inclusive,<br><br>Defendants. | ) | **No. 3:08-CV-1615 JCS**<br><br>**NOTICE OF NON-OPPOSITION TO PLAINTIFF'S MOTION TO REMAND TO STATE COURT**<br><br>Date: May 16, 2008<br>Time: 9:30 a.m.<br>Dept.: Courtroom A, 15th Floor<br>Judge: Magistrate Judge Joseph C. Spero<br><br>**Complaint Filed: March 5, 2008** |

Defendant Thyssenkrupp Safway, Inc. (named herein as Safway Services Inc. and Thyssenkrupp Safway, Inc.) hereby files its Non-Opposition to plaintiff's Motion to Remand to State Court.

The basis of plaintiff's Motion to Remand is that the amount in controversy does not meet the statutory $75,000, required by 28 U.S.C. §§1332 §1441(b), 1442(b).

On April 9, 2008, plaintiff's counsel forwarded a signed Stipulation that the amount plaintiff seeks as damages is less than $75,000. *See*, Exhibit A to Declaration of Susan E. Foe, filed herewith. Therefore, defendant cannot oppose plaintiff's Motion to Remand.

DATED: April 17, 2008.

**DRYDEN, MARGOLES, SCHIMANECK & WERTZ**

By: /s/ Susan E. Foe
Susan E. Foe
Attorneys for Defendant
THYSSENKRUPP SAFWAY, INC.

DRYDEN, MARGOLES, SCHIMANECK & WERTZ
505 SANSOME STREET
SIXTH FLOOR
SAN FRANCISCO, CALIFORNIA 94111
(415) 362-6715

NOTICE OF NON-OPPOSITION TO PLAINTIFF'S MOTION TO REMAND TO STATE COURT

*USDC No. 3:08-CV-1615 PJS*

Todd L. Peterson (State Bar No. 142438)
DRYDEN, MARGOLES, SCHIMANECK & WERTZ
A Law Corporation
505 Sansome Street, Sixth Floor
San Francisco, California 94111
Telephone: (415) 362-6715
Facsimile: (415) 362-0638

Attorneys for Defendant
THYSSENKRUPP SAFWAY, INC.
(named herein as SAFWAY SERVICES, INC.,
THYSSENKRUPP SAFWAY, INC.)

**IN THE UNITED STATE DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**(Oakland Division)**

ELIAS KHENAISSER,

Plaintiff,

v.

SAFWAY SERVICES INC., THYSSENKRUPP SAFWAY , INC., and DOES 1-15, inclusive,

Defendants.

**No. 3:08-CV-1615 PJS**

**DECLARATION OF SUSAN E. FOE IN SUPPORT OF NON-OPPOSITION TO PLAINTIFF'S MOTION TO REMAND TO STATE COURT**

Date: May 16, 2008
Time: 9:30 a.m.
Dept.: Courtroom A, 15th Floor
Judge: Magistrate Judge Joseph C. Spero

**Complaint Filed: March 5, 2008**

I, Susan E. Foe, declare:

1. I am an attorney duly authorized to practice law in all the courts of this state and am a partner with the firm of Dryden, Margoles, Schimaneck & Wertz, attorneys of record for defendant Thyssenkrupp Safway, Inc., served herein as Safway Services, Inc. in this action.

2. Exhibit A is a true and correct copy of a letter dated April 9, 2008 from plaintiff's counsel, Haitham E. Ballout, and a signed Stipulation Re Damages.

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 17th day of April, 2008 at San Francisco, California.

/s/ Susan E. Foe

Susan E. Foe

DRYDEN, MARGOLES, SCHIMANECK & WERTZ
505 SANSOME STREET
SIXTH FLOOR
SAN FRANCISCO, CALIFORNIA 94111
(415) 362-6715

DECLARATION OF SUSAN E. FOE IN SUPPORT OF NON-OPPOSITION TO PLAINTIFF'S MOTION TO REMAND TO STATE COURT

*USDC No. 3:08-CV-1615 PJS*

**EXHIBIT "A"**

**HAITHAM EDWARD BALLOUT**
Law Offices

ADMITTED TO THE UNITED STATES SUPREME COURT & CALIFORNIA SUPREME COURT

RECEIVED
APR 10 2008
DRYDEN, MARGOLES, SCHIMANECK & WERTZ

April 9, 2008

Susan E. Foe
Dryden, Margoles, Schimaneck & Wertz
505 Sansome St., 6th floor
San Francisco, CA 94111

Re: *Elias Khenaisser v. Safway Services Inc., Case no.: 3:08-CV-1615*

Dear Ms. Foe:

Enclosed please find the signed Stipulation regarding damages.

Thank you for your cooperation in this matter.

Very truly yours,

LAW OFFICES OF
HAITHAM EDWARD BALLOUT

Jennie I. Medina
Assistant to Mr. Ballout

1290 Howard Avenue • Suite 300 • Burlingame, CA 94010 | Tel: 650.373.1122 • Fax: 650.373.1121 • www.visa4us.com

Susan E. Foe (State Bar No. 148730)
DRYDEN, MARGOLES, SCHIMANECK & WERTZ
A Law Corporation
505 Sansome Street, Sixth Floor
San Francisco, California 94111
Telephone: (415) 362-6715
Facsimile: (415) 362-0638

Attorneys for Defendant
THYSSENKRUPP SAFWAY, INC.
(named herein as ) SAFWAY SERVICES, INC.,
THYSSENKRUPP SAFWAY, INC.

**IN THE UNITED STATE DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**(Oakland Division)**

ELIAS KHENAISSER,

Plaintiff,

v.

SAFWAY SERVICES INC., THYSSENKRUPP SAFWAY , INC., and DOES 1-15, inclusive,

Defendants.

No. 3:08-CV-1615

**STIPULATION RE DAMAGES**
**Complaint Filed: March 5, 2008**

The parties, by and through their attorneys of record, hereby stipulate that the amount that plaintiff seeks in damages, including both economic and non-economic damages, but excluding costs and fees, is less than seventy-five thousand dollars ($75,000). Plaintiff will limit his demand for damages to that amount at both settlement discussions and trial.

/ /

DRYDEN, MARGOLES, SCHIMANECK & WERTZ
505 SANSOME STREET
SIXTH FLOOR
SAN FRANCISCO, CALIFORNIA 94111
(415) 362-6715

IT IS SO STIPULATED.

Dated: 4/9/2008

Haitham E. Ballout
Attorneys for Plaintiff
Elias Khenaisser

Dated: 4/15/2008

Susan E. Foe
Attorneys for Defendant
Thyssenkrupp Safway, Inc.
(Named herein as Safway Services Inc. Thyssenkrupp Safway, Inc.)

DRYDEN, MARGOLES, SCHIMANECK & WERTZ
505 SANSOME STREET
SIXTH FLOOR
SAN FRANCISCO, CALIFORNIA 94111
(415) 362-6715