Haitham E. Ballout (Calif. Bar No. 148364)
Stanley D. Radtke (Calif. Bar No. 253011)
LAW OFFICES OF HAITHAM EDWARD BALLOUT
1290 Howard Avenue, Suite 300
Burlingame, California 94010
Telephone: (650) 373-1122
Facsimile: (650) 373-1121
hb@vballoutlaw.com

Attorneys For Plaintiff,
ELIAS KHENAISSER

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIAS KHENAISSER, ) <br> ) <br> Plaintiff, ) <br> vs. ) <br> ) <br> SAFWAY SERVICES INC., ET AL., ) <br> ) <br> Defendants. ) <br> ) | **NO. C 08-01615 JCS** <br><br> **CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** <br><br> Dept.:   Courtroom A, 15th Fl. <br> Judge:   Joseph C. Speron |

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE.

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party in the above-captioned civil matter hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: April 17, 2008            /s/ **Haitham Edward Ballout**
                                 Signature

                                 Counsel for Elias Khenaisser
                                 (Name or party or indicate "pro se")