UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIAS KHENAISSER,<br><br>        Plaintiff,<br><br>   v.<br><br>SAFEWAY SERVICES, INC., ET AL.,<br><br>        Defendants.<br>_____/ | No. C-08-01615 JCS<br><br>**ORDER GRANTING MOTION TO REMAND TO STATE COURT PURSUANT TO 28 U.S.C. § 1447 [Docket No. 8]** |

On March 25, 2008, Defendants removed this action from Alameda County Superior Court to this Court on the basis of diversity jurisdiction under 28 U.S.C. §§ 1332(a) & 1441(a). Plaintiff filed a motion to remand ("the Motion"), asserting that Defendants had not satisfied the $75,000.00 amount-in-controversy requirement for diversity jurisdiction. Subsequently, Plaintiff stipulated that the amount he seeks in damages is less the $75,000.00. On that basis, Defendants filed a Non-Opposition to Plaintiff's Motion to Remand to State Court. Accordingly, the Motion is GRANTED. This action shall be remanded to Alameda County Superior Court. The hearing currently scheduled for **May 16, 2008** is **vacated**. Pursuant to 28 U.S.C. § 1447(c), the Clerk of the Court is directed to mail to the Clerk of the Alameda County Superior Court a certified copy of the order of remand.

IT IS SO ORDERED.

Dated: April 18, 2008

_____
JOSEPH C. SPERO
United States Magistrate Judge