**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

April 21, 2008

Alameda County Superior Court
Hayward Hall of Justice
24405 Amador Street
Hayward, CA 94544

RE:  CV 08-01615 JCS   ELIAS KHENAISSER-v-SAFWAY SERVICES INC., ET AL.
     Your Case Number: (**HG-08-374816**)

Dear Clerk,

Pursuant to an order remanding the above captioned case to your court, transmitted herewith are:

(✔)   Certified copies of docket entries

(✔)   Certified copies of Remand Order

( )    Other

Please acknowledge receipt of the above documents on the attached copy of this letter.

Sincerely,

RICHARD W. WIEKING, Clerk

by:  Gina Agustine-Rivas
Case Systems Administrator

Enclosures
Copies to counsel of record

NDC TR-5  Rev. 7/92
o:\mrg\civil\remand.mrg

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIAS KHENAISSER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SAFEWAY SERVICES, INC., ET AL.,<br><br>　　　　Defendants.<br>_____/ | No. C-08-01615 JCS<br><br>**ORDER GRANTING MOTION TO REMAND TO STATE COURT PURSUANT TO 28 U.S.C. § 1447 [Docket No. 8]** |

　　　　On March 25, 2008, Defendants removed this action from Alameda County Superior Court to this Court on the basis of diversity jurisdiction under 28 U.S.C. §§ 1332(a) & 1441(a). Plaintiff filed a motion to remand ("the Motion"), asserting that Defendants had not satisfied the $75,000.00 amount-in-controversy requirement for diversity jurisdiction. Subsequently, Plaintiff stipulated that the amount he seeks in damages is less the $75,000.00. On that basis, Defendants filed a Non-Opposition to Plaintiff's Motion to Remand to State Court. Accordingly, the Motion is GRANTED. This action shall be remanded to Alameda County Superior Court. The hearing currently scheduled for **May 16, 2008** is **vacated**. Pursuant to 28 U.S.C. § 1447(c), the Clerk of the Court is directed to mail to the Clerk of the Alameda County Superior Court a certified copy of the order of remand.

　　　　IT IS SO ORDERED.

Dated: April 18, 2008

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　JOSEPH C. SPERO
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

ADRMOP, CLOSED, E-Filing

# U.S. District Court
## California Northern District (San Francisco)
## CIVIL DOCKET FOR CASE #: 3:08-cv-01615-JCS
## Internal Use Only

| | |
|---|---|
| Khenaisser v. Safway Services, Inc. et al | Date Filed: 03/25/2008 |
| Assigned to: Magistrate Judge Joseph C. Spero | Date Terminated: 04/21/2008 |
| Case in other court: Alameda County Superior Court, HG08374816 | Jury Demand: Defendant |
| | Nature of Suit: 365 Personal Inj. Prod. Liability |
| Cause: 28:1441 Petition for Removal- Product Liability | Jurisdiction: Diversity |

**Plaintiff**

**Elias Khenaisser**  represented by  **Haitham E. Ballout**
Law Offices of Haitham Edward Ballout
1290 Howard Avenue
Suite 300
Burlingame, CA 94010
650 373-1122
Fax: 650-373-1121
Email: hb@balloutlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stanley Dale Radtke**
1290 Howard Ave., Suite 300
Burlingame, CA 94010
650-373-1122
Email: stan@balloutlaw.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Safway Services, Inc.**  represented by  **Todd L. Peterson**
Dryden, Margoles, Schimaneck & Wertz
505 Sansome Street
6th Floor
San Francisco, CA 94111
415-362-6715
Fax: 415-362-0638
Email: tlpeterson@drydenlaw.com

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Thyssenkrupp Safway, Inc.**  represented by **Todd L. Peterson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Susan E. Foe**
Dryden Margoles Schimaneck & Wertz
505 Sansome Street
6th Flr.
San Francisco, CA 94111
(415) 362-6715
Fax: (415) 362-0638
Email: sefoe@drydenlaw.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/25/2008 | 1 | NOTICE OF REMOVAL of Action; No Process from Alameda County Superior Court. Their case number is HG08374816. (Filing fee $350.00 receipt number 44611001983). Filed by Safway Services, Inc., Thyssenkrupp Safway, Inc.. (gba, COURT STAFF) (Filed on 3/25/2008) (Entered: 03/27/2008) |
| 03/25/2008 | 2 | ADR SCHEDULING ORDER: Case Management Statement due by 7/7/2008. Case Management Conference set for 7/11/2008 01:30 PM. (Attachments: # 1 CMC Standing Order, # 2 JCS Standing Order, # 3 New Standing Order)(gba, COURT STAFF) (Filed on 3/25/2008) (Entered: 03/27/2008) |
| 03/25/2008 | 3 | DEMAND for Trial by Jury by Safway Services, Inc., Thyssenkrupp Safway, Inc. (gba, COURT STAFF) (Filed on 3/25/2008) (Entered: 03/27/2008) |
| 03/25/2008 | 4 | Declaration of Todd L. Peterson in Support of 1 Notice of Removal, filed by Safway Services, Inc., Thyssenkrupp Safway, Inc. (Related document(s) 1 ) (gba, COURT STAFF) (Filed on 3/25/2008) (Entered: 03/27/2008) |
| 03/25/2008 | 5 | CERTIFICATE OF SERVICE by Safway Services, Inc., Thyssenkrupp Safway, Inc. re 3 Jury Demand, 1 Notice of Removal, 4 Declaration in Support (gba, COURT STAFF) (Filed on 3/25/2008) (Entered: 03/27/2008) |
| 03/25/2008 |  | CASE DESIGNATED for Electronic Filing. (gba, COURT STAFF) (Filed on 3/25/2008) (Entered: 03/27/2008) |
| 04/01/2008 | 6 | CLERK'S NOTICE TO PLAINTIFF AND DEFENDANTS RE: Consent to Proceed before a U.S. Magistrate Judge. Form due by April 15, 2008. |

| | | |
|---|---|---|
| | | (klh, COURT STAFF) (Filed on 4/1/2008) (Entered: 04/01/2008) |
| 04/01/2008 | 7 | CLERK'S NOTICE Resetting Initial Case Management Conference. Joint Case Management Statement due by 7/18/2008. Case Management Conference re-set for 7/25/2008 at 01:30 PM. (klh, COURT STAFF) (Filed on 4/1/2008) (Entered: 04/01/2008) |
| 04/04/2008 | 8 | MOTION to Remand *to State Court* filed by Elias Khenaisser. Motion Hearing set for 5/16/2008 09:30 AM. (Radtke, Stanley) (Filed on 4/4/2008) (Entered: 04/04/2008) |
| 04/07/2008 | 9 | CLERK'S NOTICE REGARDING CONSENT TO JURISDICTION OF UNITED STATES MAGISTRATE JUDGE. Parties shall sign and electronically file a consent or declination form within 7 calendar days. (klh, COURT STAFF) (Filed on 4/7/2008) (Entered: 04/07/2008) |
| 04/17/2008 | 10 | CONSENT to Proceed Before a US Magistrate Judge by Thyssenkrupp Safway, Inc... (Foe, Susan) (Filed on 4/17/2008) (Entered: 04/17/2008) |
| 04/17/2008 | 11 | Statement of Non-Opposition re 8 MOTION to Remand *to State Court* filed byThyssenkrupp Safway, Inc.. (Attachments: # 1 Affidavit Declaration of Susan E. Foe in Support of Non-opposition to Plaintiffs Motion to Remand to State Court)(Related document(s) 8 ) (Foe, Susan) (Filed on 4/17/2008) (Entered: 04/17/2008) |
| 04/17/2008 | 12 | CONSENT to Proceed Before a US Magistrate Judge by Elias Khenaisser.. (Radtke, Stanley) (Filed on 4/17/2008) (Entered: 04/17/2008) |
| 04/18/2008 | 13 | ORDER, by Judge Joseph C. Spero, signed on 4/18/8, granting 8 Plaintiff's Motion to Remand To State Court. (klh, COURT STAFF) (Filed on 4/18/2008) (Entered: 04/18/2008) |
| 04/21/2008 | | (Court only) ***Civil Case Terminated. (gba, COURT STAFF) (Filed on 4/21/2008) (Entered: 04/21/2008) |
| 04/21/2008 | 14 | Certified Copy of Remand Order and Docket Sheet sent to Alameda County Superior Court-Hayward Hall of Justice. (gba, COURT STAFF) (Filed on 4/21/2008) (Additional attachment(s) added on 4/21/2008: # 1 Order of Remand) (gba, COURT STAFF). (Entered: 04/21/2008) |