UNITED STATES DISTRICT COURT
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

Richard W. Wieking
Clerk

April 21, 2008

ENDORSED
FILED
ALAMEDA COUNTY

APR 2 4 2008

CLERK OF THE SUPERIOR COURT
By ___CARRIE SIMMONS___
                                    Deputy

General Court Number
411.522.2000

FILED
APR 2 5 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Alameda County Superior Court
Hayward Hall of Justice
24405 Amador Street
Hayward, CA 94544

RE:  CV 08-01615 JCS   ELIAS KHENAISSER-v-SAFWAY SERVICES INC., ET AL.
     Your Case Number: **(HG-08-374816)**

Dear Clerk,

Pursuant to an order remanding the above captioned case to your court, transmitted herewith are:

- (✔)  Certified copies of docket entries
- (✔)  Certified copies of Remand Order
- ( )   Other

Please acknowledge receipt of the above documents on the attached copy of this letter.

Sincerely,

RICHARD W. WIEKING, Clerk

*Gina Agustine*
by: Gina Agustine-Rivas
Case Systems Administrator

Enclosures
Copies to counsel of record

NDC TR-5 Rev. 7/92
o:\mrg\civil\remand.mrg